UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO LASTORINA-SNYDER,<br><br>Petitioner,<br><br>v.<br><br>SUPERIOR COURT OF CALIFORNIA FOR SANTA CLARA COUNTY,<br><br>Respondent. | Case No. 25-cv-05929-TLT<br><br>**ORDER OF DISMISSAL; DENYING AS MOOT LEAVE TO PROCEED** *IN FORMA PAUPERIS;* **DENYING CERTIFICATE OF APPEALABILITY** |

Lastorina-Snyder alleges in this petition for writ of habeas corpus transferred to this district by the Eastern District that he is subject to ongoing illegal incarceration and vexatious prosecution in violation of his speedy trial rights and Eighth, Twelfth, and Fourteenth Amendment rights. Petitioner's requests to proceed *in forma pauperis* are denied as moot as petitioner has paid the filing fee. Dkt. Nos. 4, 6.

The petition appears duplicative of one he filed first in this district, which was assigned case number 25-cv-03732-TLT. The Court has ordered respondent to show cause in case number 25-cv-03732-TLT as to why the petition should not be dismissed. Because it appears from the petition that petitioner is not eligible for relief as this petition is duplicative, the petition is dismissed. See 28 U.S. Code § 2243.

The Court concludes that no "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right [or] that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Accordingly, a certificate of appealability is denied.

//

1   The Clerk shall terminate all pending motions and close the file.

2   **IT IS SO ORDERED.**

3   Dated: August 4, 2025

```
                                    _____
                                    TRINA L. THOMPSON
                                    United States District Judge
```